THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA AFONIN, <br><br> Plaintiff, <br><br> v. <br><br> FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN. <br><br> Defendant. | Case No. 3:22-cv-05446-DGE <br><br> ORDER GRANTING IN PART DEFENDANT'S MOTION (DKT. NO. 28) FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND ORDERING EXTENSION OF REMAINING COURT DEADLINES |

Before the Court is Defendant's Motion for Extension of Time to Respond to Plaintiff's Motions for Partial Summary Judgment and for a 60-Day Extension of Remaining Court Deadlines, filed on August 17, 2023. (Dkt. No. 28.) Plaintiff responded on August 29, 2023.[1] (Dkt. No. 30.) Defendant replied on September 1, 2023. (Dkt. No. 31.)

---

[1] Defendant argues that Plaintiff's response was untimely. (Dkt. No. 31 at 1.) The Court disagrees. Plaintiff's response conformed with LCR 7(d)(2), which requires that any response to a motion for relief from a deadline be filed no later than the Wednesday prior to the noting date. As Plaintiff's response was filed the Tuesday prior to the September 1, 2023 noting date, Plaintiff's response was timely.

ORDER GRANTING DEFENDANT'S MOTION FOR
EXTENSION OF TIME - 1
(3:22-cv-05446-DGE)

Defendant first requests that the noting date for Plaintiff's Motion to Confirm Unanimous Appraisal Award and for Entry of Partial Summary Judgment (Dkt. No. 20), and Plaintiff's Motion for Partial Summary Judgment on Statutory Damages (Dkt. No. 23), be modified from August 25, 2023 to September 29, 2023.  In support of Defendant's motion, Defendant points to Plaintiff's July 27, 2023 notice of unavailability (Dkt. No. 27), which stated that Plaintiff "agree[d] in advance to any reasonable accommodation should the defendant request an extension to respond."  (Dkt. No. 28 at 3.)  Plaintiff's response does not lodge any objection to the extension; Plaintiff merely states that he "requests that the court review the dispositive motions filed by Plaintiff . . . and decide whether to give defense counsel a response date." (Dkt. No. 30 at 3.)  Given Plaintiff's prior agreement to a reasonable extension for the parties' briefing, the Court finds the extension requested by Defendant to be supported by good cause.

Defendant further requests that the Court grant a 60-day extension of remaining pre-trial and trial deadlines.  (Dkt. No. 28 at 5.)  Defendant explains that the parties had been preparing for mediation prior to Plaintiff's counsel's notice of unavailability, and requests an extension such that mediation may be "reschedule[d] . . . when plaintiff's counsel is well" and prior to pre-trial deadlines.  (Dkt. No. 28 at 2.)  Plaintiff's response states that he "is always willing to mediate."  (Dkt. No. 30 at 2.)  And Plaintiff concedes that "mediation is unlikely to occur" considering the current trial date of October 23, 2023.  (Dkt. No. 30 at 3.)  Accordingly, the Court finds it appropriate to reschedule the remaining pre-trial and trial deadlines, albeit with some modifications to Defendant's proposed dates.

The Court, having reviewed Defendant's motion (Dkt. No. 28) and the parties' briefing, does hereby find and ORDER:

1. The Court GRANTS Defendant's motion in part.

2. Plaintiff's Motion to Confirm Unanimous Appraisal Award and for Entry of Partial Summary Judgment (Dkt. No. 20) and Motion for Partial Summary Judgment on Statutory Damages (Dkt. No. 23) are renoted from August 25, 2023 to September 29, 2023.

3. The Court modifies all remaining pre-trial and trial deadlines previously set forth in the Court's Scheduling Order (Dkt. No. 17) as follows:

| Deadline | Previous Deadline Date | New Deadline Date |
| --- | --- | --- |
| All motions in limine should be filed by | September 18, 2023 | December 11, 2023 |
| Agreed pretrial order filed with the Court by | October 2, 2023 | December 26, 2023 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | October 2, 2023 | December 26, 2023 |
| Pretrial conference to be held at **1:30 pm** on | October 13, 2023 | January 5, 2024 |
| FOUR DAY JURY TRIAL set for 09:00 AM | October 23, 2023 | January 16, 2024 |

DATED this 6th day of September 2023.

David G. Estudillo
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR
EXTENSION OF TIME - 3
(3:22-cv-05446-DGE)