UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA AFONIN,<br><br>    Plaintiff,<br>    v.<br><br>FOREMOST INSURANCE COMPANY OF GRAND RAPIDS MICHIGAN,<br><br>    Defendant. | CASE NO. 3:22-cv-05446-DGE<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION TO FILE REPLIES (DKT. NO. 39) |

Before the Court is the parties' Stipulated Motion for Extension to File Replies (Dkt. No. 39) on Plaintiff's summary judgment motions (Dkt. Nos. 20, 23). The Court, having considered the Motion and the remainder of the record, GRANTS the Motion and ORDERS that Plaintiff's replies are due on October 6, 2023.

Dated this 3rd day of October 2023.

David G. Estudillo
United States District Judge